IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-806-WYD-CBS

JESSICA WIEKER;
DEB WIEKER; and
RICK WIEKER,

       Plaintiffs,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

       Defendant.

---

### SPECIAL ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b),

United States Magistrate Judge Gudrun J. Rice is designated to conduct proceedings

in this civil action as follows:

( )    Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a
scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

( )    Conduct such status conferences and issue such orders necessary for
compliance with the scheduling order, including amendments or
modifications of the scheduling order upon a showing of good cause.

(X)    Convene such settlement conferences and directly related procedures
as may facilitate resolution of this case.

( )    Hear and determine pretrial matters, including discovery and other
non-dispositive motions.

( )    Conduct hearings, including evidentiary hearings, and submit proposed
findings of fact and recommendations for rulings on dispositive motions.

( )     Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designation marked (X) above.

Dated:  September 15, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge