## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00806-WYD-CBS

JESSICA WIEKER; DEB WIEKER;
and RICK WIEKER,

Plaintiffs,

vs.

MESA COUNTY VALLEY SCHOOL
DISTRICT NO. 51,

Defendant.

## ORDER

The undersigned by Special Order of Reference to U.S. Magistrate Judge dated September 15, 2005 has been designated to conduct proceedings in this civil action. Accordingly, the matter is set for a status conference before U.S. Magistrate Judge Gudrun Rice on Thursday, September 29 , 2005 at 11:00 a.m. Counsel may appear by phone, with counsel for the plaintiffs to initiate the call to the Court at (970) 241-8932.

Should this date not be convenient for either party, counsel are requested to contact, by no later than September 27, 2005, Ms. Lynn Singer, assistant to the Magistrate Judge to reschedule the status conference.

DATED: September 26, 2005

BY THE COURT:

/s/ Gudrun Rice

_____
Gudrun Rice
U.S. Magistrate Judge