# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-00806-WYD-CBS

JESSICA WIEKER,
DEB WIEKER, and
RICK WIEKER,

    Plaintiffs,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

    Defendant.

## ORDER

THIS MATTER having come before the court on Plaintiffs' Motion for Leave to Amend Complaint filed October 11, 2005 *(doc. no. 14-2)*, and the court being fully advised in the premises, hereby **GRANTS** the instant motion. As of the date of this order, the Clerk's office is instructed to accept for filing, the Amended Complaint (*doc no. 14-2*) tendered to the court on October 11, 2005.

DATED at Denver, Colorado, this 13th day of October, 2005.

                        BY THE COURT:

                        s/Craig B. Shaffer
                        Craig B. Shaffer
                        United States Magistrate Judge