IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00806-WYD-CBS

JESSICA WIEKER; DEB WIEKER;
and RICK WIEKER,

Plaintiffs,

vs.

MESA COUNTY VALLEY SCHOOL
DISTRICT NO. 51,

Defendant.

## ORDER

The above captioned matter, having been referred to United States Magistrate Judge Gudrun Rice for the limited purpose of convening such settlement conferences and directly related procedures as may facilitate resolution of this case, came on for a settlement conference in Grand Junction, Colorado on October 27, 2005.

No settlement was reached.

The parties are directed to contact the chambers of Magistrate Judge Craig Shaffer no later than November 4, 2005 to reset the scheduling conference.

The undersigned judicial officer remains available for reconvening such settlement conferences and directly related procedures as may facilitate resolution of this case.

DATED: November 1, 2005

BY THE COURT:

/s/ Gudrun Rice

Gudrun Rice
U.S. Magistrate Judge