IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-806-WYD-CBS

JESSICA WIEKER;
DEB WIEKER; and
RICK WIEKER,

      Plaintiff(s),

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

      Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiff Jessica Wieker's Motion for Summary Judgment with Incorporated Brief, filed May 27, 2006 (docket #43) is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards, section III.B.3.  The exhibits need not be resubmitted.

      **As of May 30, 2006, my Practice Standards have been updated and revised. My Practice Standards are available from the Clerk of the Court and at www.cod.uscourts.gov**.  These Practice Standards shall govern all trials, hearings, and motions practice in my Courtroom.

      Dated:  May 31, 2006