IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-806-WYD-CBS

JESSICA WIEKER;
DEB WIEKER; and
RICK WIEKER,

      Plaintiff(s),

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

      Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion to File Amended Motion for Summary Judgment, filed July 14, 2006 (docket #51) is **GRANTED**.  If Defendant requires an extension of the **Friday, July 21, 2006,** deadline to file its response to the Revised Motion for Summary Judgment, it may file an appropriate motion.

      Dated:  July 14, 2006