# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No. 05-cv-00806-WYD-CBS** | **FTR**-Reporter Deck-Courtroom A402 |
| **Date: September 14, 2006** | **Courtroom Deputy:** Ben Van Dyke |

---

| | |
|---|---|
| JESSICA WIEKER, et al., | Michael J. Grattan, III (via telephone) |
| **Plaintiffs,** | |
| v. | |
| MESA COUNTY VALLEY SCHOOL DISTRICT NO. 51, | David A. Price (via telephone) |
| **Defendant.** | |

---
### COURTROOM   MINUTES   /   MINUTE   ORDER
---

**HEARING:          FINAL   PRETRIAL   CONFERENCE**
**Court in Session:  11:08 a.m.**
Court calls case. Appearance of counsel.

The proposed final pretrial order is discussed.

Counsel discuss remaining issues with the court.

**ORDERED:** The Unopposed Motion to Modify the Scheduling Order to Depose Nancy Hogshead-Makar dated September 5, 2006 (doc. 65) is granted.

**ORDERED:** The proposed Final Pretrial Order, which was submitted to the court, is approved and made an order of court.

HEARING CONCLUDED.
**Court in Recess:  11:38 a.m.**
Total   In-Court Time:      00:30