IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-806-WYD-CBS

JESSICA WIEKER;
DEB WIEKER; and
RICK WIEKER,

      Plaintiff(s),

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

      Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      In light of the Revised Motion for Summary Judgment with Incorporated Brief, filed by Plaintiffs on July 14, 2006 (docket #53), Plaintiffs' Motion for Summary Judgment With Incorporated Brief Resubmitted Pursuant to Court's May 31, 2006 Minute Order, filed June 12, 2006 (docket #46) is **DENIED AS MOOT**.

      Dated:  September 19, 2006