IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-806-WYD-CBS

JESSICA WIEKER;
DEB WIEKER; and
RICK WIEKER,

    Plaintiff(s),

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

    Defendant(s).

---

### ORDER

---

THIS MATTER is before the Court on Defendant's Motion to Request Oral Argument on Defendant's Motion for Summary Judgment, filed August 25, 2006 (docket #62).  Upon consideration of the motion, I find that oral argument would materially assist the Court in deciding the issues raised in Defendant's Motion for Summary Judgment.  Therefore, it is hereby

ORDERED that Defendant's Motion to Request Oral Argument on Defendant's Motion for Summary Judgment, filed August 25, 2006 (docket #62) is **GRANTED**.  It is

FURTHER ORDERED that a hearing on Defendant's Motion for Summary Judgment shall take place on **Wednesday, December 6, 2006 at 9:00 a.m.**  The hearing is set for two-hours.  The hearing will consist of arguments by counsel and will not include the presentation of evidence.

Dated: October 3, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge