IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-806-WYD-CBS

JESSICA WIEKER;
DEB WIEKER; and
RICK WIEKER,

     Plaintiff(s),

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

     Defendant(s).

## ORDER

A five-day jury trial has been set to commence in the above matter on **Monday, July 30, 2007, at 9:00 a.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.  A final trial preparation conference is set for **Monday, July 16, 2007, at 9:00 a.m**.

Dated:  October 3, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge