IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-806-WYD-CBS

JESSICA WIEKER;
DEB WIEKER; and
RICK WIEKER,

      Plaintiff(s),

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

      Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion for Oral Argument on Plaintiffs' Motion for Summary Judgment, filed October 20, 2006, (docket #81) is **GRANTED**.  Argument on Plaintiffs' Motion for Summary Judgment shall take place in conjunction with the hearing on Defendant's Motion for Summary Judgment, currently scheduled for **Wednesday, December 6, 2006 at 9:00 a.m.**

      Dated:  October 23, 2006