IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-806-WYD-CBS

JESSICA WIEKER;
DEB WIEKER; and
RICK WIEKER,

     Plaintiff(s),

v.

MESA COUNTY VALLEY SCHOOL DISTRICT #51,

     Defendant(s).

---

## ORDER

---

THIS MATTER comes before the Court on the parties' Unopposed Motion for Approval of Stipulation, filed October 19, 2006 (docket #80).  Having reviewed the motion and being advised in the premises, it is hereby

ORDERED that the District shall not seek to introduce as evidence any testimony, exhibit or other evidence concerning:  (a) the allegations in Paragraph 4(a)-(d) of Story's Verified Complaint for Civil Protection Order in the County Court Action; or (b) the proceedings in the County Court Action, including the Settlement or any civil protection order issued in said action; provided, however, in the event any Plaintiff introduces or seeks to introduce at trial any testimony, exhibit or other evidence concerning the matters described in (a) or (b) above, then the restrictions shall not apply, and the District shall be free to introduce such evidence as may be admissible regarding such matters.

Dated: October 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge