**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| Courtroom Deputy: | Robert R. Keech | Date: | December 6, 2006 |
| E.C.R./Reporter: | Kara Spitler | | |

_____

| Civil Action No: **05-cv-00806-WYD-CBS** | <u>Counsel:</u> |
| **JESSICA WIEKER, et al.**, | Michael J. Grattan, III |
| Plaintiffs, | |
| v. | |
| **MESA COUNTY VALLEY SCHOOL DISTRICT**, | David A. Price |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**HEARING ON MOTIONS FOR SUMMARY JUDGMENT**

**9:16 a.m.**   Court in Session

   APPEARANCES OF COUNSEL.

   Court's opening remarks.

   Defendant's Motion for Summary Judgment (#44 - 5/30/06) and Plaintiffs' Motion for Summary Judgment (#53 - 7/14/06) are raised for argument.

9:19 a.m.   Argument by Defendant (Mr. Price).

9:53 a.m.   Plaintiff Deb Wieker enters the courtroom.

10:03 a.m.   Argument by Plaintiffs (Mr. Grattan).

-1-

Judge Wiley Y. Daniel
05-cv-00806-WYD-CBS - Courtroom Minutes

10:11 a.m.     Argument by Defendant (Mr. Price).

10:12 a.m.     Argument by Plaintiffs (Mr. Grattan).

10:34 a.m.     Argument by Defendant (Mr. Price).

10:48 a.m.     Argument by Plaintiffs (Mr. Grattan).

**ORDERED:**     Defendant's Motion for Summary Judgment (#44 - 5/30/06) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**     Plaintiffs' Motion for Summary Judgment (#53 - 7/14/06) is **TAKEN UNDER ADVISEMENT.**

10:53 a.m.     Discussion regarding trial possibly being held in Grand Junction, CO.

**ORDERED:**     The five-day trial to jury, currently set for Monday, July 30, 2007, may be held in Grand Junction, CO.

**ORDERED:**     Parties shall file a position statement regarding the trial being held in Grand Junction, CO not later than 30 days from the date of the Court's order.

**10:57 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:41**